| | |
|---|---|
| 1 | RANDALL W. EDWARDS (S.B. #179053) |
|   | redwards@omm.com |
| 2 | SUSANNAH K. HOWARD (S.B. #291326) |
|   | showard@omm.com |
| 3 | ADAM M. KAPLAN (S.B. #298077) |
|   | akaplan@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center, 28th Floor |
| 5 | San Francisco, CA  94111-3823 |
|   | Telephone:    (415) 984-8700 |
| 6 | Facsimile:     (415) 984-8701 |

BRIAN D. BOYLE (S.B. #126576)
bboyle@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:    (202) 383-5300
Facsimile:     (202) 383-5414

Attorneys for Defendant
Fidelity Management Trust Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BURGESS, RHONDA JOHNSON, LARRY LOPEZ, HOLGER MEYER, and ALAN B. MUNNS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HP INC., FIDELITY MANAGEMENT TRUST COMPANY, UNITED AIRLINES, INC., and JOHN DOES 1-50.<br><br>Defendants. | Case No.  5:16-CV-04784-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FIDELITY MANAGEMENT TRUST COMPANY'S MOTION TO TRANSFER VENUE**<br><br>Hearing date:  December 22, 2016<br>Time:             1:30 p.m.<br>Judge:            Hon. Lucy H. Koh<br>Courtroom:    8<br><br>First Am. Compl. Filed: Sept. 22, 2016 |

[PROPOSED] ORDER
CASE NO.  5:16-CV-04784-LHK

## **[PROPOSED] ORDER**

The Court, having considered Defendant Fidelity Management Trust Company's Motion to Transfer Venue, all other papers and evidence submitted in opposition and reply, the pertinent pleadings, and the applicable law, and finding good cause, hereby **GRANTS** the Motion to Transfer Venue.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Fidelity Management Trust Company's Motion to Transfer Venue is **GRANTED** and this action is transferred to the United States District Court for the District of Massachusetts**.**

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                       Hon. Lucy H. Koh
                                       United States District Judge