Todd M. Schneider (SBN 158253)
Mark T. Johnson (SBN 76904)
Kyle G. Bates (SBN 299114)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com
kbates@schneiderwallace.com
mjohnson@schneiderwallace.com

* Additional counsel listed on signature page

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

MARK BURGESS, RHONDA JOHNSON, LARRY LOPEZ, HOLGER MEYER, and ALLAN B. MUNZ,

Plaintiff,

vs.

HP, INC., FIDELITY MANAGEMENT TRUST COMPANY, and UNITED AIRLINES, INC.

Defendants.

Case No.: 5:16-cv-04784-NC

**JOINT STIPULATION TO EXTEND TIME FOR BRIEFING WITH RESPECT TO PENDING MOTIONS TO DISMISS AND MOTION TO TRANSFER VENUE (CIVIL L.R. 6-1(b), 6-2)**

JOINT STIPULATION TO EXTEND TIME FOR BRIEFING WITH RESPECT TO PENDING MOTIONS TO DISMISS AND MOTION TO TRANSFER VENUE
*Burgess, et al v. Fidelity, et al.* Case No. 5:16-cv-04784-NC

Pursuant to Civil Local Rule 6-1(b) and 6-2, Plaintiffs and Defendants stipulate as follows:

WHEREAS, Plaintiffs filed their Amended Complaint in the above-entitled action on September 22, 2016 (Dkt. 16);

WHEREAS, Defendants HP Inc., United Airlines, Inc., Fidelity Management Trust Company and Fidelity Investments Institutional Operations Company have filed motions to dismiss the Amended Complaint (Dkt. 28, 32 and 36) and Defendant Fidelity Management Trust Company has also filed a motion to transfer venue (Dkt. 27) (collectively, Dkts. 27, 28, 32 and 36 are referred to herein as the "Motions");

WHEREAS, the responses to the Motions are currently due on November 16, 2016, and Defendants replies are currently due on November 23, 2016 (Dkts. 27, 28, 32 and 36);

WHEREAS, the Court has set a hearing on the Motions for February 2, 2017 at 1:30 PM (Dkt. 38);

WHEREAS, execution of this stipulation is not a waiver of any claims or defenses Plaintiffs or Defendants may otherwise have;

NOW, THEREFORE, pursuant to Rule 6-1(b) of the Local Rules for the United States District Court for the Northern District of California, it is hereby stipulated by and among Plaintiffs and Defendants, as follows:

- Plaintiffs' responses to the Motions shall be due not later than December 19, 2016, and
- Defendants' replies in support of the Motions shall be due not later than January 19, 2017.

Dated: November 16, 2016

SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

*/s/ Todd M. Schneider*

Todd M. Schneider

Attorneys for Plaintiffs

Dated: November 16, 2016

O'MELVENY & MYERS LLP

*/s/ Susannah K. Howard*

Susannah K. Howard

Attorneys for Defendant Fidelity Management Trust Company

Dated: November 16, 2016

MORGAN LEWIS & BOCKIUS, LLP

*/s/ Nicole A. Diller*

Nicole A. Diller

Attorneys for Defendant HP, Inc.

JOINT STIPULATION TO EXTEND TIME FOR BRIEFING WITH RESPECT TO PENDING MOTIONS TO DISMISS AND MOTION TO TRANSFER VENUE
*Burgess, et al v. Fidelity, et al.* Case No. 5:16-cv-04784-NC
2

Dated: November 16, 2016

SEYFARTH SHAW LLP

*/s/ Michael Williams Stevens*

Michael Williams Stevens

Attorneys for Defendant United Airlines, Inc.

In accordance with Local Rule 5.1(i)(3), I have consulted with the foregoing signatories whose user ID and password are not utilized in the electronic filing of this document, and they have concurred in the filing of this document.

Dated: November 16, 2016

SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP

*/s/ Todd M. Schneider*

Todd M. Schneider

Attorneys for Plaintiffs

JOINT STIPULATION TO EXTEND TIME FOR BRIEFING WITH RESPECT TO PENDING MOTIONS TO DISMISS AND MOTION TO TRANSFER VENUE

*Burgess, et al v. Fidelity, et al.* Case No. 5:16-cv-04784-NC

3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

____________________ __________________________________________________

Date Signed

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Todd M. Schneider*
Todd M. Schneider (SBN 158253)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com